JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRONCO CORZO,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>M. SPEARMAN,<br><br>　　　　　Respondent. | Case No. CV 16-08322-JAK (DFM)<br><br>JUDGMENT |

    Under the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated: March 27, 2018

_____
JOHN A. KRONSTADT
United States District Judge